MARY ATWOOD ET AL. *v.* REGIONAL SCHOOL DISTRICT
No. 15 ET AL.

The application by the named defendant for the suspension of the rules pursuant to § 762 of the Practice Book, as amended, in the appeal from the Superior Court for the judicial district of Waterbury is denied.

*Thomas L. Brayton,* in support of the application.

Submitted October 30—decided November 12, 1974

J & K BUILDERS, INC. *v.* PLANNING BOARD OF THE
CITY OF STAMFORD

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Gerald M. Fox, Jr.,* in support of the petition.

*Theodore Godlin,* assistant corporation counsel, in opposition.

Submitted November 1—decided November 12, 1974

JAMES SMALLS *v.* STATE OF CONNECTICUT

The plaintiff's motion to expedite his appeal from the Superior Court in Fairfield County is denied.

*Alan Neigher,* in support of the motion.

Submitted November 5—decided November 12, 1974

NORMAN F. DACEY *v.* CONNECTICUT BAR ASSOCIATION

The plaintiff's "Motion to Disqualify" in the appeal from the Superior Court in Fairfield County is denied. See *Evans* v. *Gore,* 253 U.S. 245, 40 S. Ct. 550, 64 L. Ed. 887.

*Sturges N. Laros,* in support of the motion.

Submitted November 7—decided November 12, 1974